IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PROMPTU SYSTEMS CORPORATION : CIVIL ACTION
:
v. : No. 16-6516
:
COMCAST CORPORATION, et al. :

# ORDER

AND NOW, this 26th day of September, 2025, upon consideration of the decision of the United States Court of Appeals for the Federal Circuit reversing in part and affirming in part the claim constructions previously adopted by this Court, the parties' opening and responsive claim construction briefs, and the presentations at the August 26, 2024 claim construction hearing, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the disputed claim terms of U.S. Patent No. 7,047,196 and U.S. Patent No. 7,260,538 are construed as follows:

| U.S. Patent No. 7,047,196 | |
|---|---|
| "back channel" | "a path for transmitting data from set-top boxes to a speech recognition system" |
| "multiplicity of received identified speech channels" | "data received via a plurality of identified speech channels"<br><br>whereas "channel" is to be understood consistently with the term "back channel" as defined above |
| "speech processing system" | "a system that at least processes data received from identified speech channels and responds to identified speech content" |
| **U.S. Patent No. 7,260,538** | |
| "central/centralized processing station" | "a device that receives voice commands, performs voice recognition on voice commands, and generates and returns instructions to set-top boxes to carry out the commands" |

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.