Exhibit 1

# *Promptu Systems Corp. v. Comcast Corp.*

## (Civil Action No. 16-cv-06516)

# Opening Demonstratives

promptu

January 15, 2026

PDX1.1

# Paul Cook



## FOUNDER & CEO





❖ **2000**

❖ **2004**

## EDUCATION & EXPERIENCE



### MASSACHUSETTS INSTITUTE OF TECHNOLOGY (MIT)
Chemical Engineering



### STANFORD RESEARCH INSTITUTE (SRI)

❖ Headed Radiation Chemistry Laboratory
❖ Board of Directors for 9 years
❖ Chairman for 6 years

PDX1.2

# Promptu Remote Voice System Practices Its Patents







- This was the first proven voice-enabled remote
  - Groundbreaking technology
- First to solve the voice recognition problem for set-top TVs

- Promptu patented the technology:
  - ❖ '538—**Remote Voice Control**
  - ❖ '196—**Remote Voice Response**



TX-2939

PDX1.3

# Promptu's Patents

## US 7,047,196



**Filed:** June 8, 2000
**Date of Patent:** May 16, 2006



### Claims 14 & 53
### Remote Voice Response
TX-0001

## US 7,260,538



**Filed:** Jan. 8, 2002
**Date of Patent:** Aug. 21, 2007



### Claim 34
### Remote Voice Control
TX-0002

PDX1.4

# Promptu's Patents

**US 7,047,196**



**US 7,260,538**



**Filed:** June 8, 2000
**Date of Patent:** May 16, 2006

**Filed:** Jan. 8, 2002
**Date of Patent:** Aug. 21, 2007



(57) **ABSTRACT**

A method and apparatus is disclosed for remotely processing voice commands for controlling a television. A voice com-

**Remote Voice Response**
TX-0001

**Remote Voice Control**
TX-0002

PDX1.5

**ARTICLE 1, SECTION 8, CLAUSE 8 OF THE**

*United States Constitution*

**Known as the Patent Grant,
Empowers the United States Congress:**

To promote the Progress of Science
and useful Arts, by securing for
limited Times to Authors and Inventors
the exclusive Right to their respective
Writings and Discoveries

# Promptu's Remote System Practices the '538 Remote Voice Control Patent Claim



TX-2939

## US 7,260,538



TX-0002

PDX1.7

# Promptu's Remote System Practices the '196 Remote Voice Response Patent Claims



TX-2939

**US 7,047,196**



TX-0001

# The Problem



TX-0002

A **problem** with the prior art voice recognition systems is that they **require a sophisticated voice recognition system in close proximity to the user,** requiring individual units which is quite costly. What is needed is a centralized voice command processing system such services a multitude of users.

'538 Patent, 1:59-63

# **Before** the Promptu Solution

## No Speech recognition

remote

set-top box



PDX1.10

# **Before** the Promptu Solution

## Speech recognition required computer near each device



# The Solution



TX-0002

> A problem with the prior art voice recognition systems is that they require a sophisticated voice recognition system in close proximity to the user, requiring individual units which is quite costly. What is needed is a centralized voice command processing system such services a multitude of users.

'538 Patent, 1:59-63

- Removed voice recognition processing from the house

- Voice recognition processing occurs remotely

# Speech Recognition: Promptu's Success



'538 patent, Fig. 1
TX-0002

# Promptu Remote Speech Recognition System



# Promptu Remote Speech Recognition System



# Promptu/AgileTV Patent and Technology Timeline



AgileTV (later Promptu) begins
developing speech recognition control
systems for cable TV

| **2000** | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Promptu/AgileTV Patent and Technology Timeline



AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**Jun. 8, 2000**

'196 Patent application date

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

PDX1.17

# Promptu/AgileTV Patent and Technology Timeline



AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**Jun. 8, 2000**
'196 Patent application date



**Jan. 8, 2002**
'538 Patent application date

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

# Promptu/AgileTV Patent and Technology Timeline



**AGILE**TV

AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**AGILE**TV

**Dec. 2003**

AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent application date

**Jan. 8, 2002**
'538 Patent application date

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

PDX1.19

# Promptu/AgileTV Patent and Technology Timeline



**Feb. 2004**

AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ



AgileTV (later Promptu) begins developing speech recognition control systems for cable TV



**Dec. 2003**

AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**

'196 Patent application date



**Jan. 8, 2002**

'538 Patent application date

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

# The Promptu Voice Remote

**The Promptu Voice Remote**



## Giving Voice Commands



*Voice Remote - Front*



*Voice Remote - Back*



*Voice Remote - Using the **TALK** button*

TX-2256

# Promptu/AgileTV Successful Demonstration



TX-2210

# Promptu/AgileTV Patent and Technology Timeline



**Feb. 2004**

AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ



AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**Mar. 13, 2004**

Boston Globe industry recognition



**Dec. 2003**

AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**

'196 Patent application date



**Jan. 8, 2002**

'538 Patent application date

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

# Industry Recognition



**COMCAST CHIEF REMAINS INTERESTED IN DISNEY PREFERS PATIENCE TO A BIDDING WAR, HE SAYS AT BC: [THIRD Edition]**

Author: Howe, Peter J

Publication info: Boston Globe [Boston, Mass] (13 Mar 2004): D.1.

ProQuest document link

**Abstract (summary):** Comcast's hostile bid for Disney, disclosed Feb. 11, offered 78 shares of Comcast stock for every 100 of Disney, plus assumption of $11 billion in Disney debt. Disney stock quickly soared, and Comcast's offered purchase price is now about 12 percent below Disney's stock value. Disney's directors have several times publicly rejected the Comcast offer. But given Disney's share price over the past three years, [Brian L. Roberts] reiterated that "we've made a fair and generous offer."

While making clear Comcast will bide its time pursuing Disney, Roberts said he remains bullish about the cable and broadband businesses, citing fast growth in use of Comcast "video on demand" services and subscriptions to high-definition television channels delivered over cable,

Comcast has more than 2 million TV subscribers.

**Full text:**

Comcast Corp. chief executive Brian L. Roberts said yeste

Disney Co., but reiterated that the cable television giant pre

"I don't view a merger with Disney as critical to our busine

to try to make it happen," Roberts said during at appearan

believe that by putting our leading distribution and technol

make both of us stronger than we are apart."

Although many analysts have speculated Comcast might

theme park icon, Roberts said, "I hope that in the fullness

trading level that allows this great combination to happen."

Comcast's hostile bid for Disney, disclosed Feb. 11, offere

Disney, plus assumption of $11 billion in Disney debt. Dis

purchase price is now about 12 percent below Disney's st

publicly rejected the Comcast offer. But given Disney's sh

that "we've made a fair and generous offer."

Jeff Bray, a stock analyst with the David L. Babson &Co. I

appears Roberts is counting on Disney stock falling back f

Comcast bid. It closed yesterday at $26.10.

"I think at the end of the day, he's willing to step up the bid, but he's not willing to do it unless he thinks he's got the Disney board really engaged" in considering a new bid, Bray said.

While making clear Comcast will bide its time pursuing Disney, Roberts said he remains bullish about the cable and broadband businesses, citing fast growth in use of Comcast "video on demand" services and subscriptions to high-definition television channels delivered over cable, including 13 channels in New England, where Comcast has more than 2 million TV subscribers.

**13 Mar 2004**

Roberts said at a management conference in Phoenix last week with 550 Comcast executives, "one of my favorite" new pieces of technology was a TV remote control that includes a speech recognition feature. Customers would use it to switch stations by saying "Go to ESPN" or "Go to Channel 4," and could call up on their TV screen a listing of all the John Wayne movies available through the on-demand service by saying "John Wayne movies."

TX-1502

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

# Promptu/AgileTV Patent and Technology Timeline



**Feb. 2004**
AgileTV demonstrates technology
at Comcast's management meeting
in Phoenix, AZ

**Mar. 13, 2004**
Boston Globe industry recognition

**May 4, 2004**
Comcast CEO Video



AgileTV (later Promptu) begins
developing speech recognition control
systems for cable TV



**Dec. 2003**
AgileTV demonstrates technology
at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent
application date

**Jan. 8, 2002**
'538 Patent
application date







| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

# May 4, 2004: Brian Roberts (Comcast CEO) on CNBC



TX-2578

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

# Promptu/AgileTV Patent and Technology Timeline



**Feb. 2004**
AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ

**Mar. 13, 2004**
Boston Globe industry recognition

**May 4, 2004**
Comcast CEO Video

AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**Dec. 2003**
AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent application date

**Jan. 8, 2002**
'538 Patent application date

**Aug. 21, 2007**
'538 Patent issued

**May 16, 2006**
'196 Patent issued

Comcast tables implementation

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

PDX1.27

# Promptu/AgileTV Patent and Technology Timeline



**AGILE**TV™

AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**AGILE**TV™

**Dec. 2003**
AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent application date

**Jan. 8, 2002**
'538 Patent application date

**AGILE**TV™

**Feb. 2004**
AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ

The Boston Globe **Mar. 13, 2004**
Boston Globe industry recognition

**May 4, 2004**
Comcast CEO Video

**Aug. 21, 2007**
'538 Patent issued

**May 16, 2006**
'196 Patent issued

**Dec. 1, 2011**
Email from Comcast to Promptu

Comcast tables implementation

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

PDX1.28

# December 1, 2011: Email From Jim Poder (Comcast) to David Chaiken & Harry Printz (Promptu)



| | |
|---|---|
| **From:** | Poder, Jim |
| **Sent:** | Thursday, December 1, 2011 5:35 PM |
| **To:** | David Chaiken; Harry Printz |
| **Subject:** | Re: (re)introduction: Jim & Harry |

Harry, good to re-meet you again.  Given Apple's push with Siri there is renewed interest at Comcast around voice enablement of services.  I'd like to set up some time to chat with you about what you have been up to, voice recognition in general, etc.  Let me know when you might be available.

TX-0713

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | **2011** | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

PDX1.29



# Comcast Repeated Outreach

**April 4, 2012**

**April 27, 2012**

## Comcast came back to Promptu

TX-0713

TX-0909

TX-0679

TX-2041

TX-0925

TX-0713.0001

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

# Promptu/AgileTV Patent and Technology Timeline



# Promptu/AgileTV Patent and Technology Timeline



**AGILE**TV

AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**AGILE**TV

**Dec. 2003**
AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent application date

**Jan. 8, 2002**
'538 Patent application date

**AGILE**TV

**Feb. 2004**
AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ

**Mar. 13, 2004**
Boston Globe industry recognition

**May 4, 2004**
Comcast CEO Video

**Aug. 21, 2007**
'538 Patent issued

**May 16, 2006**
'196 Patent issued

**Oct. 29, 2013**
Comcast with Promptu's Patented Tech

**Dec. 14, 2012**
Email from Comcast to Promptu

**Apr. 27, 2012**
Email from Comcast to Promptu

**Apr. 4, 2012**
Promptu invitation to Comcast for **live demonstration of Voice Control of TV**

**Dec. 1, 2011**
Email from Comcast to Promptu

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

PDX1.32

# October 29, 2013: Comcast Holding Promptu's Technology



TX-2580

2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 **2013** 2014 2015

# Promptu 2004, Comcast 2015









## History of X1 Voice Recognition on X1

**June 2013**

XR11v1 remote announced, demo'd at NCTA

WiFi enabled, Charger

**Dec 2013**

XR11v1 killed.

XR11v2 remote with RF4CE program started

**2014**

XR11 v2 development, trial, initial deployment

**May 2015**

Launch: X1 Voice Remote

Deploys with all eligible STB's.

COMCAST

TX-2939



| 2004 | 2015 | 2017 |
|------|------|------|



TX-2939



TX-2940                                                    XR11



TX-2941                                                    XR15

# Promptu/AgileTV Patent and Technology Timeline



**May 2015**
Comcast launched product


AgileTV (later Promptu) begins developing speech recognition control systems for cable TV

**Oct. 29, 2013**
Comcast with Promptu's Patented Tech

**AGILE**TV
**Feb. 2004**
AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ

**Dec. 14, 2012**
Email from Comcast to Promptu


**Dec. 2003**
AgileTV demonstrates technology at Comcast's holiday party

**Mar. 13, 2004**
Boston Globe industry recognition

**Apr. 27, 2012**
Email from Comcast to Promptu

**May 4, 2004**
Comcast CEO Video

**Apr. 4, 2012**
Promptu invitation to Comcast for **live demonstration of Voice Control of TV**


**Jun. 8, 2000**
'196 Patent application date

**Jan. 8, 2002**
'538 Patent application date

**Aug. 21, 2007**
'538 Patent issued



**Dec. 1, 2011**
Email from Comcast to Promptu

**May 16, 2006**
'196 Patent issued





| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

# Promptu/AgileTV Patent and Technology Timeline



**May 2015**
Comcast launched product



**Oct. 29, 2013**
Comcast with Promptu's Patented Tech



**Feb. 2004**
AgileTV demonstrates technology at Comcast's management meeting in Phoenix, AZ

**Dec. 14, 2012**
Email from Comcast to Promptu



**Mar. 13, 2004**
Boston Globe industry recognition

**Apr. 27, 2012**
Email from Comcast to Promptu



AgileTV (later Promptu) begins developing speech recognition control systems for cable TV



**May 4, 2004**
Comcast CEO Video

**Apr. 4, 2012**
Promptu invitation to Comcast for **live demonstration of Voice Control of TV**

**Dec. 2003**
AgileTV demonstrates technology at Comcast's holiday party

**Jun. 8, 2000**
'196 Patent application date



**Jan. 8, 2002**
'538 Patent application date

**Aug. 21, 2007**
'538 Patent issued



**Dec. 1, 2011**
Email from Comcast to Promptu



**May 16, 2006**
'196 Patent issued

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

# Prior Failures – BBN/FSN



**1994 BBN Demonstration**

TX-3135

PDX1.38

# Prior Failures – BBN/FSN

**1995**



**Planned Remote Control**



**Foam Mock Up**

TX-3117, TX-2958

# Prior Failures – BBN/FSN



TX-3117, TX-2958

# Promptu's '538 **Remote Voice Control** Patent – Claim 34

## US 7,260,538



TX-0002

# Promptu's '538 **Remote Voice Control** Patent – Claim 34

**US 7,260,538**



34. A centralized multi-user voice operated television control system, comprising:

television remote controls configured to directly and wirelessly control television sets and additionally to receive user voice input and wirelessly transmit first output representative of the voice input to television set-top boxes;

television set top boxes configured to receive television input signals via cable television link and provide television output signals compatible with television sets, the set top boxes additionally responsive to receiving the first output from the television remote controls to transmit representative second output to a central processing station via the cable television link;

a centralized processing station configured to receive and process second output from a multitude of television set top boxes by applying voice recognition to the second output to identify user-intended voice commands, to derive set-top-box-compatible instructions to carry out the identified voice commands, and returning signals representing the instructions to respective top boxes via the cable television link;

where the set top boxes are further responsive to receiving the signals representing the instructions from the central processing station to execute the instructions.

TX-0002



comcast

TX-2940

PDX1.42

# Promptu's '196 **Remote Voice Response** Patent – Claims 14 & 53

**US 7,047,196**





TX-0047

**14**. A program system controlling at least part of a speech recognition system coupled to a wireline node in a network, said program system comprising the program steps of:

processing a multiplicity of received identified speech channels to create a multiplicity of identified speech content; and

responding to said identified speech content to create an identified speech content response that is unique to each of said multiplicity of identified speech contents;

wherein said speech recognition system is provided said multiplicity of received identified speech channels based upon a received back channel at said wireline node from a multiplicity of user sites coupled to said network;

wherein each of said program steps reside in memory accessibly coupled to at least one computer included in said speech recognition system;

wherein said at least one computer communicatively couples through said wireline node to said multiplicity of user sites; and

wherein said network supports at least one of the collection comprising: cable television delivery to said multiplicity of user sites; and video delivery to said multiplicity of user sites.

**53**. A method of operating at least part of a speech recognition system coupled to a wireline node in a network, comprising the steps of:

processing a multiplicity of received identified speech channels to create a multiplicity of identified speech content; and

responding to said identified speech content to create an identified speech content response that is unique to each of said multiplicity of identified speech contents;

wherein said speech recognition system is provided said multiplicity of received identified speech channels based upon a received back channel at said wireline node from a multiplicity of user sites coupled to said network;

wherein said network supports at least one of the collection comprising: cable television delivery to said multiplicity of user sites; and video delivery to said multiplicity of user sites.

TX-0001

TX-0001

PDX1.43

# Comcast's Options Expired (LDA)



TX-0082

- All options expired in 2007

- Comcast never gained permission to use Promptu's patents

- Comcast has never paid anything to use Promptu's patents

PDX1.44

# Competitive Landscape Changed Between 2005 and 2015



Natural Language Processing (NLP)

Comcast's competitors are making significant investments in NLP

**Comcast's competitors are making significant investments in NLP**

DRAFT

| | Strategy | The Need | Acquisition | |
|---|---|---|---|---|
| amazon | Expand offerings from online retail to products such as entertainment and personal electronics | Improve products such as Fire TV with voice enabled search features and enhance user experience | Evi | (2012) |
| | | | ivona | (2013) |
| facebook. | Build a stronger presence in mobile messaging and virtual reality markets, compete against WhatsApp Messenger and Google Glass | Incorporate voice-to-text messaging in wearable devices; Build the infrastructure for virtual reality videogames | oculus | (2014) |
| | | | wit.ai | (2015) |
| Google | Harness the power of voice-enabled search features and evolve from helpful librarians into full-fledged concierges via intelligent personal assistants | Advance Google Now as a go-to smart personal assistant; Integrate OnHub with its voice-enabled intelligent personal assistant OK Google | DNNresearch | (2011) |
| | | | wavii | (2013) |
| Apple | Boost smartphone and tablet sales by investing in innovative man-machine interfaces and artificial intelligence | Improve the conversation quality of Siri; Add voice-enabled content search features to new generation Apple TV | Siri | (2010) |
| | | | novauris | (2014) |
| Microsoft | Leverage existing search capabilities and scale to strengthen its presence in the Mobile OS market | Build intelligent personal assistants like Cortana; Adopt and lead the integrated home services market | Tellme, | (2007) |
| | | | Powerset | (2008) |

Page 9

See Appendix for Microsoft, Apple & Google's Product journeys

Strategy · Development · Vision

COMCAST

OUTSIDE COUNSELS' EYES ONLY

COM-PROMPTU10017021

## The Need

- Improve products such as Fire TV with voice enabled search features and enhance user experience

- Add voice-enabled content search features to new generation Apple TV

# Comcast Profited from Voice Technology



**OCTOBER 2019**

The Future of Voice for Xfinity Products

xfinity

X1 Voice Remote Usage

**Voice remote is the #1 feature that impacts 30/60/90 day churn**

They have higher NPS scores

**Voice remote is the 2nd highest reason customers choose to recommend our products**

They are less likely to churn
Voice remote is the #1 feature that impacts 30/60/90 day churn

They are more likely to recommend our services
Voice remote is the 2nd highest reason customers choose to recommend our products

They are more valuable customers to Comcast as a whole

TX-0945.0001

TX-0945.0011

PDX1.46

# Promptu's Damages

 Recognition – Promptu was ahead of its time

 Comcast used Promptu's technology **without permission**

 Promptu is also entitled to fair compensation
- 10 years
- Tens of millions of customers
- 30 cents per month/per Comcast subscriber

**$ 345M**

PDX1.47