IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROMPTU SYSTEMS CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-6516 |
| | : | |
| COMCAST CORPORATION, et al. | : | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of Defendants Comcast Corporation and Comcast Cable Communications, LLC's Motion to Compel Production of Withheld Glenn Patent Group Materials (ECF Nos. 668, 669), Plaintiff Promptu Systems Corporation's opposition, Comcast's reply, and Promptu's sur-reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED, except that Promptu is directed to supplement its privilege log, on or before August 10, 2026, to identify the actual recipients of the drafts of the Glenn Patent Group report if reasonably ascertainable.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.