IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROMPTU SYSTEMS CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-6516 |
| | : | |
| COMCAST CORPORATION, et al. | : | |

**ORDER**

AND NOW, this 14th day of September, 2026, upon consideration of Plaintiff Promptu Systems Corporation's Bench Brief Addressing the Application of Issue Preclusion to the Julia Reference for the '538 Patent (ECF No. 690), the response by Defendants Comcast Corporation and Comcast Cable Communications, LLC (collectively, "Comcast") (ECF No. 696), and the Court's ruling on Promptu's Motion in Limine to Preclude Theories of Inequitable Conduct Not Pled with Particularity in Comcast's Counterclaims (ECF No. 701), and for the reasons set forth in the accompanying Memorandum, it is ORDERED Comcast is precluded from arguing the Julia patent is but-for material to the '538 patent because it would render the claims of the patent obvious, alone or in combination with Houser, or because it anticipated claims of the patent.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.